**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-03118-01-CR-S-GDK |
| | ) | |
| KEVIN D. BURTCHETT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress Evidence (Doc. #17), Defendant's Amended Motion to Suppress Evidence (Doc. #23), the Government's Response (Doc. #21), United States Magistrate Judge James C. England's report recommending that the motion to suppress be denied (Doc. #27), and Defendant's Objections to the Magistrate's Report and Recommendation (Doc. #28).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge England's Report and Recommendation be ADOPTED. Defendant's motion to suppress is hereby DENIED.

**IT IS SO ORDERED**

Date:  May 29, 2009                          /s/ Greg Kays
                                             GREG KAYS, JUDGE
                                             UNITED STATES DISTRICT COURT